FILED '24 10 10 PM12:50 MDGA-ALB

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARIO R. SULLIVAN                    ✗
GDC# 965797                          ✗    42 USC§1983
   (PLAINTIFF)                       ✗
                                     ✗
  VS.                                ✗
                                     ✗
TIMOTHY C. WARD                      ✗    CIVIL ACTION NO.
TYRONE OLIVER                        ✗    __1:24-CV-157__
WALTER BARRY                         ✗
DR. MARK WOODS                       ✗
ROBERT BRADFORD (P.A.)               ✗
SHARON OSBOURNE                      ✗    JURY TRIAL REQUESTED
DARRIN MYERS                         ✗    ON ALL CLAIMS
AHMED HOLT                           ✗
DR. SHARON LEWIS                     ✗
ANNA TRUSECZYNSKI                    ✗
DR. KATHLEEN E. TOOMEY               ✗
AUSTIN STUCKEY                       ✗
WARDEN CHARLES MIMS                  ✗
JENNIFER AMMONS                      ✗
(INDIVIDUALLY and in                 ✗
their OFFICIAL capacity)

# TABLE OF CONTENTS

1. "Questionnaire" for Prisoners Proceeding PRO SE UNDER 42 USCA83 and IN FORMA PAUPERIS AFFIDAVIT'

2. ATTACHMENT IV 'DEFENDANTS LIST'

3. COMPLAINT

4. ATTACHMENT V 'WITNESS LIST'

5. 'MOTION FOR APPOINTMENT OF COUNSEL'

6. DECLARATION OF PLAINTIFF

7. 'MEMORANDUM OF LAW' IN SUPPORT OF DECLARATION

8. ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING ORDER

9. Summons to EACH DEFENDANT, omitting AUSTIN STUCKEY

10. CERTIFICATE OF SERVICE

REV. 06/14

## INSTRUCTIONS FOR PRISONERS FILING A COMPLAINT UNDER 42 U.S.C. § 1983

1.  This packet includes one 42 U.S.C. § 1983 Complaint form and one Motion to Proceed Without Prepayment of Fees and Affidavit.

2.  The forms must be typewritten or neatly printed. The forms must be legible.

3.  In order to file your Complaint, **YOU MUST EITHER**

    **(A) Pay the required $400.00 filing fee**, which includes a $50 Administrative Fee;

                                          OR

    **(B)** If you are unable to pay the full fee when you file your complaint, you may petition the Court to proceed _in forma pauperis_ using the **Motion to Proceed Without Prepayment of Fees and Affidavit** included in this packet. Your affidavit should include a certified copy of your inmate trust account statement for the six (6) month period immediately preceding the filing of your complaint. In the event you are unable to pay the full filing fee at the time the action is filed, the Court will assess an initial partial filing fee. After the initial partial filing fee is paid, the prison at which you are incarcerated will be required to forward to the Clerk's Office monthly payments of 20% of the preceding month's income credited to your inmate account until the $350.00 filing fee (not the $50 Administrative Fee) is paid. **EVEN IF YOUR CASE IS DISMISSED, YOU WILL STILL BE REQUIRED TO PAY THE ENTIRE FILING FEE.**

4.  **IN FORMA PAUPERIS** status does not entitle you to free copies of pleadings, motions, orders, or docket reports. The cost is $.50 per page.

5.  All questions must be answered clearly and concisely in the proper space provided on the attached Complaint and Motion to Proceed Without Prepayment of Fees and Affidavit. Where more space is needed to answer a particular question, use additional paper. Make sure you cross-reference any additional information to the appropriate paragraph and attach the papers to the Complaint. **DO NOT USE THE REVERSE SIDE OF ANY PAGE.** When using additional pages, leave a one inch margin at the top, bottom, and both sides of the page.

6.  You must furnish defendant's correct name, job title, and work address.

7.  Generally, complaints are prosecuted in the county of residence of one or more named defendants. You should file the complaint in the division which is applicable to your case. Write the name of the division in which you will file your complaint in the blank at the top of the first page of the complaint form, and in the blank at the top of the first page of the Motion to Proceed Without Prepayment of Fees and Affidavit. After completing the Complaint and Motion to Proceed Without Prepayment of Fees and Affidavit, mail the original Complaint and Motion to Proceed Without Prepayment of Fees and Affidavit to the appropriate following division:

    **The following counties comprise the Macon Division:** Baldwin, Bibb, Bleckley, Butts, Crawford, Dooly, Hancock, Houston, Jasper, Jones, Lamar, Macon, Monroe, Peach, Pulaski, Putnam, Twiggs, Upson, Washington, Wilcox, and Wilkinson. Complaints filed in the Macon

REV. 06/14

Division should be mailed to the Clerk's Office, United States District Court, PO Box 128, Macon, GA 31202.

**The following counties comprise the Albany Division**: Baker, Ben Hill, Calhoun, Crisp, Decatur, Dougherty, Early, Grady, Lee, Miller, Mitchell, Schley, Seminole, Sumter, Terrell, Turner, Webster, and Worth. Complaints filed in the Albany Division should be mailed to the Clerk's Office, C.B. King U.S. Courthouse, 201 West Broad Ave., Albany, GA 31701.

**The following counties comprise the Athens Division**: Clarke, Elbert, Franklin, Greene, Hart, Madison, Morgan, Oconee, Oglethorpe, and Walton. Complaints filed in the Athens Division should be mailed to the Clerk's Office, United States District Court, PO Box 1106, Athens, GA 30601.

**The following counties comprise the Columbus Division**: Chattahoochee, Clay, Harris, Marion, Muscogee, Quitman, Randolph, Stewart, Talbot, and Taylor. Complaints filed in the Columbus Division should be mailed to the Clerk's Office, United States District Court, PO Box 124, Columbus, GA 31902.

**The following counties comprise the Valdosta Division**: Berrien, Brooks, Clinch, Colquitt, Cook, Echols, Irwin, Lanier, Lowndes, Thomas, and Tift. Complaints filed in the Valdosta Division should be mailed to the Clerk's Office, United States District Court, 401 North Patterson Street, Suite 212, Valdosta, GA 31601.

All copies of the Complaint must be identical to the original. You should retain one copy of the Complaint and all future pleadings and motions filed with the Court for your personal records.

8. **Exhibits**: You should only submit **legible** copies of original documents in which you would like included as an exhibit to your complaint or motions. Original documents are for your records.

9. It is your responsibility to **KEEP THE CLERK INFORMED OF CHANGES IN YOUR ADDRESS**. Include a reference to the civil action number of your complaint and your present address in all correspondence with the Clerk of Court.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

MARIO Romoan SULLIVAN
WILCOX STATE PRISON
P.O. BOX 397
Abbeville, Ga. 31001
(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO:

_____

(FORMER)    VS.
COMMISSIONER Timothy C. WARD
COMMISSIONER TYRONE OLIVER
Warden Walter Barry
DR. MARK WOODS, et al.,
(NAME OF EACH DEFENDANT)
*SEE ATTACHMENT IV,
PARTIES TO LAWSUIT Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number MARIO ROMOAN SULLIVAN #965797

2. Name and location of prison where you are now confined WILCOX STATE PRISON

3. Sentence you are now serving (how long?) LIFE

   (a) What were you convicted of? MURDER, ARMED ROBBERY, Agg. Assault

   (b) Name and location of court which imposed sentence WALTON COUNTY Superior court, WALTON COUNTY GEORGIA

   (c) When was sentence imposed? MARCH 29, 2024

   (d) Did you appeal your sentence and/or conviction?    Yes ☑    No ☑

   (e) What was the result of your appeal? ~~appeal pending~~ N/A

(f) Approximate date your sentence will be completed___2109___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes ✓  No ☐

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

      Plaintiff(s):_MARIO SULLIVAN, MOTION (Rule 20) to add Plaintiff partnes (undecided)_

      Defendant(s):_Former Comm. Timothy C. WARD, Comm. Tyrone Oliver, D. MYERS, MARK WOODS, Robert Bradford, S. Osbourne, Charles Mims et.al._

   (b) Name of Court:_U.S. DISTRICT COURT, MIDDLE DISTRICT, ALBANY Division_

   (c) Docket Number:_1:24-CU-0001_  When did you file this lawsuit?_Dec. 2023_

   (d) Name of judge assigned to case:_Thomas Langstaff, magistrate_

   (e) Is this case still pending?     Yes ✓  No ☐

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?

      (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

      _N/A_

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes ✓  No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

      Plaintiff(s):_MARIO SULLIVAN_

      Defendant(s):_CORE CIVIC, Glynn Powell (unit manager)_

   (b) Name of Court:_U.S. DISTRICT COURT, Middle Dist. ALBANY Division_

   (c) Docket Number:_?_  When did you file this lawsuit?_2016_

   (d) Name of judge assigned to case:_?_

   (e) Is this case still pending?   Yes ☐  No ✓

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

2017, Summary Judgement, Failure to show deliberate indifference

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐ · No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

N/A                              N/A

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Autry State Prison, WILCOX STATE PRISON

(a) Does this institution have a grievance procedure?    Yes ☑ No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑    No ☐

(2) If Yes, what was the result? DENIED

(3) If No, explain why not: N/A

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Submitted a 'Petition For Bottled Water and Medical Testing/ Treatment' to WARDEN DARRIN MYERS via 'Southern Center For Human Rights' advocate

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?     Yes ☑   No ☐

(1) If Yes, to whom did you appeal and what was the result? GDC Central Office, Forsyth, Ga.

(2) If No, explain why you did not appeal: N/A

10. In what other institutions have been confined? Give dates of entry and exit.

Wheeler Corr. Facility, Georgia State Prison, and Autry State Prison, WILCOX STATE Prison
Wheeler (2015-2016) Georgia State Prison (2016-2017)
Autry State Prison (2017-2022)
Wilcox State Prison (2022-2024)

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Wilcox State Prison
MARIO ROMOAN SULLIVAN # 965797
P.O. Box 397
Abbeville, Ga. 31001

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

SEE ATTACHMENT IV 'PARTIES TO LAWSUIT'

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? AUTRY STATE PRISON and WILCOX STATE PRISON

WHEN do you allege this incident took place? 2018- Currently Ongoing

WHAT happened? Herein and below (see attached 'COMPLAINT') are facts which show clear civil rights violation.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

See ATTACHMENT V 'WITNESS LIST'

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

1) A declaration that the acts and omissions described herein violated Plaintiffs rights under the constitution and laws of the United STATES.

2) A Preliminary and permenant injunction ordering defendants to cease from all retaliation and provide bottled water and testing.

3) Compensatory damages in amount of $100,000 against each defendant jointt (severally).

* See Complaint) attached* section VI 'PRAYER FOR RELIEF'

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 30th day of September , 20 24 .

PLAINTIFF