FILED '25 10 28 AM11 58 MDGA-ALS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY _____ DIVISION

## QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
## PRO SE UNDER 42 U.S.C. § 1983

MARIO Romoan SULLIVAN
GDC # 965797

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

TIMOTHY C. WARD et.al,
TYRONE OLIVER et.al,
MARK WOODS et.al,
ROBERT BRADFORD et.al,

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

1:24-CV-00157

## I. GENERAL INFORMATION

1. Your full name **and** prison number MARIO ROMOAN SULLIVAN #965797

2. Name and location of prison where you are **now** confined WILCOX STATE PRISON Abbeville

3. Sentence you are now serving (how long?) LIFE

    (a) What were you convicted of? MURDER

_____

    (b) Name and location of court which imposed sentence WALTON COUNTY
Monroe, GA.

    (c) When was sentence imposed? 2015

    (d) Did you appeal your sentence and/or conviction?    Yes ☑  No ☐

    (e) What was the result of your appeal? pending (Motion For New Trial)

(f) Approximate date your sentence will be completed _____2045_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4.  Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes ☑ No ☐

5.  If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): MARIO R. SULLIVAN et. al,

   Defendant(s): TIMOTHY C. WARD et. al,

   (b) Name of Court: U.S. DISTRICT COURT Middle District Albany division

   (c) Docket Number: 1:24-CV-00012   When did you file this lawsuit? 2024

   (d) Name of judge assigned to case: Thomas Langstaff, L. Gardner

   (e) Is this case still pending?    Yes ☐  No ☑

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
   It was disposed of as recast was filed (1:24-CV-00157)

6.  Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes ☑ No ☐

7.  If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): MARIO R. SULLIVAN

   Defendant(s): POWELL

   (b) Name of Court: U.S. District Court Albany, Ga.

   (c) Docket Number: ?   When did you file this lawsuit? 2016 2017

   (d) Name of judge assigned to case: ?

   (e) Is this case still pending?    Yes ☐  No ☑

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_Failure to show deliberate indifference_

8. AS TO **ANY** LAWSUIT FILED IN **ANY** FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?        Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9.  Where did the matters you complain about in this lawsuit take place? _AUTRY STATE PRISON_

(a) Does this institution have a grievance procedure?        Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑    No ☐

(2) If Yes, what was the result? _DENIED_

(3) If No, explain why not: _N/A_

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I submitted a 'Petition For Bottled Water and Medical testing' via Advocate for the incarcerated (Roxanne Thompson)

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?        Yes ☑   No ☐

(1) If Yes, to whom did you appeal and what was the result? Forsyth Central office, DENIED

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

Wheeler correctional 2017.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Wilcox State Prison
MARIO R. SULLIVAN   GDC# 965797
P.O. BOX 397
Abbeville, Ga. 31001

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

1) Former commissioner of GDC, TIMOTHY C. WARD,
2) Current Commissioner of GDC, TYRONE OLIVER,
3) WARDEN, WALTER BARRY, Central State Prison
4) WARDEN, DARRIN MYERS, DECEASED
5) DR. MARK WOODS, AUTRY STATE PRISON

(ATTACHMENT) IV. PARTIES TO THIS LAWSUIT (CONT'D)

6) ROBERT BRADFORD, Physicians ASSISTANT, currently at Wilcox STATE PRISON

7) SHARON OSBOURNE, DEPUTY WARDEN OF CARE & TREATMENT, currently at AUTRY STATE PRISON

8) AHMED HOLT, Assistant Commissioner of Facilities, GDC,

9) JENNIFER AMMONS, General Counsel for GDC

10) DR. KATHLEEN E. TOOMEY, COMMISSIONER, Georgia Department of Public Health

11) DR. SHARON LEWIS, STATEWIDE MEDICAL DIRECTOR

12) ANNA TRUSZCZYNSKI, Ga. ENVIRONMENTAL PROTECTION

1 of 1

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? AUTRY STATE PRISON

WHEN do you allege this incident took place? October 21, 2022

WHAT happened? On October 21, 2022 GDC and GDPH publicly confirmed that an individual had tested positive for legionnaires disease at Autry SP in June 2021. Plaintiff had never heard of Legionella until this date and previously had no apparent cause to suspect that his right to bodily integrity was being violated until October 21, 2022. Plaintiff had already documented many symptoms with medical such as gastrointestinal, upper respiratory (he developed asthma for the very first time in his life), and problems urinating which he developed a hernia due to straining to urinate was already prescribed Tamsulin (Flowmax) and given a hernia belt. After learning that the symptoms of Legionnaires Disease included many of his symptoms he immediately put in a sick call on October 22, 2022 to be tested. 'Por Dr. Mark Woods' the request to be tested was denied. Shortly after October 21 2022, Plaintiff spoke with an inmate who reminded Plaintiff of his trip to Phoebe hospital in

(ATTACHMENT) V. STATEMENT OF CLAIM (CONT'D)

July of 2018. The inmate stated that he believed he had Legionnaires Disease on that Phoebe visit, but was not notified by medical staff at the hospital nor at the prison, only given antibiotics. The inmate further stated that he would seek his medical records to find out exactly what his 2018 sickness was. Days later the inmate showed (and provided a copy) of his July 2018 diagnosis which states that he was in fact Diagnosed with Legionnaires Disease and liver damage.

(CLAIM #1) Violation of 8th Amendment due to Deliberate Indifference of Water Contamination, violating Plaintiff's right to bodily integrity.

(Defendants WOODS, BRADFORD, OSBOURNE, BARRY, HOLT, AMMONS, WARD, LEWIS, TOOMEY, Truszczynski)

Defendants WOODS and BRADFORD (Legally responsible

1 of 7

for the welfare of all the inmates at Autry and Operation of medical department.) were BOTH notified of the water contamination as early as July 2018 via Phoebe hospital.

Although WOODS and BRADFORD notified the appropriate supervisors (OSBOURNE, BARRY, HOLT, WARD, AMMONS); Realizing that these supervisors (DEFENDANTS) were then Deliberately Indifferent to the contamination WOODS and BRADFORD also had a duty to intervene and demand testing, treatment, and preventive measures be taken for inmate safety or either contact defendants LEWIS, TOOMEY, and/or Truszczynski on their own.

Defendants OSBOURNE, BARRY, HOLT, AMMONS, and WARD were notified by WOODS and BRADFORD. Upon notice, they had a duty to notify LEWIS, TOOMEY, and Truszczynski to ask for their assistance in implementing the appropriate safety measures.

2 of 7

Assuming, in good faith, that Defendants TOOMEY, LEWIS, and Truszczynski were notified by WOODS, BRADFORD, OSBOURNE, BARRY, HOLT, AMMONS, and/or WARD; No safety/testing/treatment measures were implemented from the inmate diagnosis in July 2018 until October 21, 2022 when Plaintiffs cause of action became apparent as TOOMEY, LEWIS, and Truszczynski were deliberately indifferent to the facts of this claim.

(CLAIM #2) Violation of 8th Amendment due to Deliberate Indifferance to Confirmed water contamination. Thus violating Plaintiffs right to bodily integrity.

(Defendants WOODS, BRADFORD, OSBOURNE, MYERS, HOLT, OLIVER, AMMONS, LEWIS, TOOMEY, TRUSZCZYNSKI)

3 of 7

Just as Plaintiff was notified via WALB NEWS 10 on October 21, 2022 that GDC and Georgia Dept. of Public Health (GDPH) had publicly confirmed the water contamination at Autry State Prison; it should be presumed that all the above stated defendants in this claim were also notified by this date.

Each stated defendant had a legal duty to communicate with another in order to ensure the best health and safety measures were implemented for anyone who was exposed.

Plaintiff submitted a sickcall form on October 22, 2022 asking for medical testing due to symptoms he was experiencing. Per DR. WOODS' the sickcall was Denied and plaintiff was still charged $5.00 copay although he received no testing nor treatment.

Plaintiff also authored and submitted a 'Petition For Bottled Water and Medical Testing' via an advocate

4 of 7

for the incarcerated. Defendant MYERS not only refused the Petition, he also denied any water contamination existed regardless of GDC and GDPH public confirmation. MYERS then set out a campaign of harrassment against Plaintiff.

(CLAIM #3) *This is a RETALIATION claim directly in relation/retaliation of Plaintiffs actions regarding the water contamination.

Violation of 1st Amendment Right to Free Exercise Clause in Retaliation of Plaintiffs filed grievance #344947 and his authoring of 'Petition For Bottled Water and Medical Testing'.

(DEFENDANT DARRIN MYERS)

On Friday April 15, 2023, WALB News 10 aired that Autry State Prison was temporarily shutting

5 of 7

down for renovations. That following Monday on April 18, 2023 (3 days later) MYERS approached Sullivan as he stood in the pill call window to get pills for his ongoing diaharrea.

MYERS began to harrass and antagonize SULLIVAN in regards to his beard. SULLIVAN stated that due to his religious beliefs (Per Leviticus 19:27) it was forbidden to shave his beard off.

MYERS told SULLIVAN, "While you're still at Autry SP, I am your GOD, and I said I want it shaved", then ordered Lt. Samantha Brown to take him to the ID area of the prison (handcuffed), and inmate SOLOMAN POWELL shaved his entire face. He also ordered her to take SULLIVAN to the hole and "don't let him out until he transfers".

SULLIVAN was further harrassed as he waited 42 days in the hole to be transferred due to evacuation. WARDEN MYERS would walk to his cell,

6 of 7

peek into the window, and threaten that he was being sent to another prison where he would be killed.

7 of 7

**14.  List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IFNECESSARY)

(See Attachment) V. STATEMENT of CLAIM (14) Witness List.

**15. BRIEFLY state exactly what you want the court to do for you.  That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

1) Compensatory Damages in the amount of $400,000⁰⁰.
2) Declaration
3) Punitive damages in the amount of $350,000⁰⁰.
4) Plaintiffs cost in this suit $7,500⁰⁰ (Includes Medical fees)
5) Permenant Injunction to cease Retaliation and to Provide Bottled water and Medical Testing until contamination eradicated.
6) A JURY TRIAL on all issues triable by jury
7) Any Additional relief this court deems just, proper, equitable.

16.  You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983.  If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17.  KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT.  That means that you will be required to go forward with your case without delay.  Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed.  YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 21st day of October , 20 25 .

_____
PLAINTIFF

(ATTACHMENT) V. STATEMENT OF CLAIM (14) <u>WITNESS LIST</u>

1) <u>MAYA CHAUDHURI</u>, served as Equal Justice Works Fellow for Southern Center for Human Rights. She investigated the water contamination at Autry State Prison, and was forced to resign shortly afterwards. (Address Unknown)

2) <u>Heidi Paxson</u>, Reporter at WALB News 10 ALBANY Georgia. She reported the Department of Public Health confirmation of positive legionella test for more than a year prior. She was also forced to resign after reporting this news (Address Unknown)

3) <u>Gerry Weber</u>, Senior Counsel at Southern Center for Human Rights, assisted in investigation of water contamination at Autry SP. 60 Walton street. N.W. Atlanta, Ga. 30303

1 of 2

4) <u>Vanessa Carroll</u>, Senior Attorney at Southern Center for Human Rights, assisted in investigation of water contamination at Autry SP. 60 Walton St. SW. Atlanta, Ga. 30303

5) <u>Rashad Sawyer</u>, GDC#1001687573 was Plaintiffs cell mate when he was placed in segregation in Retaliation claim (see claim #3 in Complaint)

6) <u>OBIE PHILLIPS</u>, GDC#                was never advised that his sickness was due to the Legionella bacteria water contamination at the prison. After WALB NEWS 10 aired DPH and GDC confirmation on Oct. 21, 2022, he obtained medical records to confirm.

7) Jarvis Ware, GDC# 423117        was denied medical testing 'Per DR. WOODS'. He also signed 'Petition for Bottled Water & Testing' which was Denied.

1 of 2